IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARREN KIRKLAND,<br><br>    Defendant. | CASE NO.: 5:24-cr-6 |

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 32.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** the Indictment against Defendant Darren Kirkland in the above-captioned case with prejudice. The Court **DENIES AS MOOT** any pending motions as to and **DIRECTS** the Clerk of Court to **TERMINATE** the Defendant from this case.

**SO ORDERED**, this 11th day of April, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA